In the Matter of the Judicial Settlement of the Account of Union Trust Company of New York, as Trustee, etc., of Charles F. Hoffman, Deceased, Respondent. Rosalie A. Avery and Another, Appellants.— Decree of the Surrogate's Court of Kings county, affirmed, with costs, on authority of *Chesterman* v. *Eyland* (81 N. Y. 398) and *Barry* v. *Lambert* (98 id. 300). Jenks, P. J., Carr, Rich and Putnam, JJ., concurred.

John F. Lambden, Respondent, v. George K. Thompson, Appellant.— Order of the County Court of Westchester county reversed, with ten dollars costs and disbursements, and application remitted to the county judge of said county for resettlement. The appellant has the right to limit the questions which he seeks to have reviewed on appeal, and is not required unnecessarily to print an entire case. (*Dupont* v. *Village of Port Chester*, 204 N. Y. 351, 356; *Ceballos* v. *Munson Steamship Line*, 112 App. Div. 352.) Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Hans Martin, Respondent, v. Anthony Kranz, Defendant, and Robert T. Buttelman, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

William A. Middleton, Respondent, v. Edmond C. Browne, Appellant. —Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Charles Miller, Respondent, v. Burns Brothers, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

George Muench, Respondent, v. Terry & Tench Company, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.

Louis Pinals, Appellant, v. Philip Schoenfeld and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Henry W. Rohde, Appellant, v. H. W. Schmeelk Oyster Company, Respondent.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

Rachael Oatman Van Arsdale, Respondent, v. Philip Vermilye Van Arsdale, Defendant. Ella Gottlieb, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Mills and Rich, JJ., concurred.

Elise Weiss, as Administratrix, etc., of Simon Weiss, Deceased, Respondent, v. Ward Bread Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

The Woodhaven Bank, by George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York, Respondent, v. Maurice P. Coffin, Appellant, and Others, Defendants.— Judgment in so far as appealed from